IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.                              CASE NO. 4:09CV00682 JMM

$6,010.00 IN US CURRENCY

## ORDER

The United States of America is directed to provide the Court with a status report in the above styled case within 30 days of the date of this Order.

IT IS SO ORDERED THIS   15   day of    October   , 2010.

_____
James M. Moody
United States District Judge