# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**V.**                                         **CASE NO. 4:09CV00682 JMM**

**$6,010.00 IN U.S. CURRENCY**                                              **DEFENDANT**

## ORDER

Based upon an agreement by the parties, the United States of America's Motion to

Dismiss Complaint is granted (#10).  The complaint in the above styled case is dismissed with

prejudice.

IT IS SO ORDERED THIS   2   day of   May  , 2011.

_____
James M. Moody
United States District Judge