**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**V.**                                        **CASE NO. 4:09CV00682 JMM**

**$6,010.00 IN U.S. CURRENCY**                                        **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this date, the complaint in the above styled case is

dismissed with prejudice.

IT IS SO ORDERED THIS  2   day of   May  ,  2011.


_____
James M. Moody
United States District Judge